**MARK W. COLEMAN  # 117306**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
Fresno, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
  RODOLFO CORONA-AYALA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODOLFO CORONA-AYALA,<br><br>Defendant. | Case No.: 1:13 CR 00001 LJO<br><br>**STIPULATION FOR CONTINUANCE OF HEARING**<br><br>And<br><br>**O R D E R** |

**IT IS HEREBY STIPULATED** by and between counsel for the parties herein, that the Hearing in the above matter currently scheduled on Monday, February 11, 2013, at 8:30 a.m., in the above-entitled court, be continued to Monday, February 25, 2013, at 8:30 a.m.

Counsel for Defendant received the probation report on or about January 28, 2013.  Counsel scheduled an appointment with the Marshall's services to review the probation report on February 4, 2013, however, defendant had not been brought over from Lerdo.  Counsel attempted to reschedule for Wednesday, February 6, 2013, but was advised that the bus was already full

1 and defendant could not be brought up from Lerdo until Wednesday,
2 February 13, 2013.
3     Counsel's office has conferred with Assistant United
4 States Attorney, Megan Richards, who has no objection to this
5 continuance and has agreed to the February 25, 2013, court date.
6     DATED: February 6, 2013.

                                    Respectfully submitted,

                                    NUTTALL & COLEMAN


                                    /s/ MARK W. COLEMAN
                                    _____

                                    MARK W. COLEMAN
                                    Attorneys for Defendant
                                    Rodolfo Corona-Ayala


    DATED: February 6, 2013.

                                    /s/ MEGAN RICHARDS
                                    _____

                                    MEGAN RICHARDS
                                    Assistant U. S. Attorney

IT IS SO ORDERED.

**Dated:   February 7, 2013         /s/  Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE